# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSE MIGUEL MARTE** | : | **NO. 22-115** |

### O R D E R

**AND NOW,** this _8th_ day of January 2024, upon consideration of Defendant's Counseled Motion to Dismiss Indictment (Doc. No. 28), Defendant's Pro Se Motion To Dismiss Indictment (Doc. No. 40), Defendant's Pro Se Affidavit in Support of Motion to Dismiss (Doc. No. 41), the Government's Response in Opposition to Motion to Dismiss the Indictment (Doc. No. 42), and Defendant's Pro Se Motion to Appoint a Criminal Defense Investigator (Doc. No. 39), for the reasons articulated in the Court's accompanying Memorandum, it is **ORDERED** that:

1. Defendant's Counseled Motion to Dismiss Indictment (Doc. No. 28) is **DEEMED MOOT**;

2. Defendant's Pro Se Motion to Dismiss Indictment (Doc. No. 40) is **DENIED**; and

3. Defendant's Pro Se Motion to Appoint a Criminal Defense Investigator (Doc. No. 39) is **DENIED**.

**BY THE COURT:**

**GENE E.K. PRATTER**
**United States District Judge**